**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PHILIP MICHAEL GORDON, | ) | NO. CV 14-6333-R (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| E. VALENZUELA, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: November 18, 2014.

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE